# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-00601

Judge Matthew F. Kennelly

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 43 | VIVICOLOR |
| 48 | Vicity Fashion |
| 63 | SHAOBGE Online |
| 65 | MSEVRNY |
| 69 | SUZHOUMAIMAITONG |
| 70 | W6Design |
| 75 | USzlming |
| 76 | Re Mai |
| 77 | Floventa Shop |
| 83 | Okoda Global |
| 84 | Kuibao online |
| 101 | CoastThread |
| 102 | DizCo |
| 103 | xvsdz shirts qw |
| 121 | HJKLBNMBB |
| 122 | Trendzw |
| 123 | Harsea |
| 139 | Taste Summer |

DATED:  March 3, 2026                               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 3, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

           */s/ Keith A. Vogt*
           Keith A. Vogt