# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JANTZ & JANTZ GbR d/b/a ANITA'S &
BELLA'S ART/ARTWORK,

        Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No. 1:26-cv-00601

**Judge Matthew F. Kennelly**

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK ("Jantz & Jantz" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Jantz & Jantz having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Jantz & Jantz having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Jantz & Jantz has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Jantz & Jantz's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-405-928; VA 2-455-178; VA 2-405-841; VA 2-404-323; and VA-2-405-848 (the "Jantz Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Jantz & Jantz's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Jantz Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for

sale, or sale of any product that is not a genuine Jantz & Jantz product or not authorized by Jantz & Jantz to be sold in connection with the Jantz Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jantz & Jantz product or any other product produced by Jantz & Jantz, that is not Jantz & Jantz's or not produced under the authorization, control, or supervision of Jantz & Jantz and approved by Jantz & Jantz for sale under the Jantz Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Jantz & Jantz, or are sponsored by, approved by, or otherwise connected with Jantz & Jantz; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Jantz & Jantz, nor authorized by Jantz & Jantz to be sold or offered for sale, and which bear any of Jantz & Jantz's registered copyrights, including the Jantz Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jantz Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jantz Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jantz & Jantz product or not authorized by Jantz & Jantz to be sold in connection with the Jantz Works.

3. Upon Jantz & Jantz's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jantz Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Jantz & Jantz is awarded statutory damages from each of the Defaulting Defendants in the amount of seven hundred fifty ($750) for willful use of infringing Jantz Works on products sold through at least the Defendant Internet Stores. .

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart, are hereby released to Jantz & Jantz as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart, are ordered to release to Jantz & Jantz the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Jantz & Jantz has recovered full payment of monies owed to it by any Defaulting Defendant, Jantz & Jantz shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Jantz & Jantz identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Jantz & Jantz may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: 3/12/2026

_____

Matthew F. Kennelly
United States District Judge

## First Amended Schedule A

| No. | Defendants |
| --- | --- |
| 1 | Hongde Trade |
| 2 | shijiamodianzishangwu |
| 3 | Xingyue Hardware Store |
| 4 | 宸绯 |
| 5 | ZhaoYangSheBeiZuLin |
| 6 | luohuimukaifushi |
| 7 | paishangbu |
| 8 | nanyangshilongquanshangmaoyouxiangongsi |
| 9 | Caesarean Department Store |
| 10 | shanxifudianxintongkejiyouxiangongsi |
| 11 | qingdaohongfashunyicanyindian |
| 12 | Oinkein |
| 13 | ningxiayunxishangmaoyouxiangongsi |
| 14 | lvzhihongguatia |
| 15 | zhoukouluanxinbaihuoyouxiangongsi |
| 16 | shanxidongfuxiaoyangcanyinguanliyouxiangongsi |
| 17 | 遇尚信息咨询服务 |
| 18 | XingAn Inc |
| 19 | DIanShi |
| 20 | 鑫天辉贸易 |
| 21 | 吉诚暖心汽车租赁 |
| 22 | ShanDongZhiYeJianZhuZhuangShiGongChengYouXianGongSi |
| 23 | 团辉五金店 |
| 24 | guizhoujiechan |
| 25 | Juyuan Automobile Sales |
| 26 | wenzhoushiyubaigongyipinyouxiangongsi |
| 27 | shandongweichenwenhuayishupinyouxiangongsi |
| 28 | kaifengshichenghuishipinxiaoshouyouxiangongsi |
| 29 | Dfuvm |
| 30 | MidiiCloth |
| 31 | Wangqifen0324 |
| 32 | Leexiann |
| 33 | zuuzestore |
| 34 | Chanlison |

| | |
|---|---|
| 35 | MoSIIVifa |
| 36 | MistyEvening |
| 37 | ZeeDeChang |
| 38 | lixianyuanshibaihuoyouxiangongsi |
| 39 | shenzhenfengyushangmao |
| 40 | KAXYKLQ |
| 41 | YiJieFangNi |
| 42 | HeMoZhuanZhi |
| 43 | |
| 44 | FNKJSZS |
| 45 | QILANISO |
| 46 | innerger |
| 47 | cufiu |
| 48 | |
| 49 | TiLenmon |
| 50 | SIMSAAB |
| 51 | ZiQiManYun |
| 52 | MuQingCheng |
| 53 | JayLinsen |
| 54 | interesting Soul |
| 55 | ALPSWARE |
| 56 | Bingzw |
| 57 | AdaLoving |
| 58 | Cseusau |
| 59 | Xooson |
| 60 | Zooeling |
| 61 | SAUKOLE |
| 62 | ETCYY Clothing |
| 63 | |
| 64 | Joe Wenko |
| 65 | |
| 66 | Sendaspring |
| 67 | panjinshixinglongtaiquzhizhuwangdianshanggongzuosh |
| 68 | QIUQAN MY FAVORITE |
| 69 | |
| 70 | |
| 71 | WODAICALLMIURAL |

| | |
|---|---|
| 72 | AUTOSELL24 |
| 73 | CA-YI 7-14 Days Delivery |
| 74 | Melodyhome |
| 75 | |
| 76 | |
| 77 | |
| 78 | LeiChiZhiNeng |
| 79 | DTangLsm |
| 80 | |
| 81 | Jusajusalo |
| 82 | Daywer |
| 83 | |
| 84 | |
| 85 | HongDongXianMoKaiShangMaoYouXianGongSi |
| 86 | shenhaojie |
| 87 | XUEKLINGBAI |
| 88 | SHUANGHAN |
| 89 | 肖旭服装商贸 |
| 90 | weiyinhe |
| 91 | RAKUTE Space Decor Store |
| 92 | Small |
| 93 | Looor fly |
| 94 | HUANNLIYA TWO |
| 95 | SNAKEYX local |
| 96 | HMYfashion |
| 97 | DouDou PLUS Fashion |
| 98 | MVES FASHION |
| 99 | DaDaFashion |
| 100 | TianTianAB |
| 101 | |
| 102 | |
| 103 | |
| 104 | Maple Leaf Red Clothing |
| 105 | CELADON III |
| 106 | TAXT |
| 107 | JGianguoHivei |
| 108 | MoodCraft |

| | |
|---|---|
| 109 | Plsha |
| 110 | VibeHaveni |
| 111 | Phyllis clothing |
| 112 | Rui Mei womens clothing |
| 113 | GGQTO Shop |
| 114 | Little Devil Women Clothes Local |
| 115 | ifashion G |
| 116 | W TOP Local Warehouse |
| 117 | NNN FAST |
| 118 | LIQUN Design |
| 119 | INL |
| 120 | GorgeousGalsGear |
| 121 | ████████████████ |
| 122 | ████████████████ |
| 123 | ████████████████ |
| 124 | Stellar Silhouette |
| 125 | MISAKATU |
| 126 | FableWearl |
| 127 | maneshen |
| 128 | DazeLab |
| 129 | WOMEN NEW IN |
| 130 | Keeza |
| 131 | Calmgentle |
| 132 | Chengshangmei Clothing |
| 133 | Optimal clothing selection |
| 134 | JIAODIANV |
| 135 | DISNEY Local Warehouse |
| 136 | Local Warehouse TOP B |
| 137 | Salbox clothing |
| 138 | FLEURF |
| 139 | ████████████████ |
| 140 | CXMIN |
| 141 | Tiziano Vecellio |