AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK<br>*Plaintiff(s)*<br>v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00601 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Hongde Trade and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith A. Vogt (IL Bar No. 6207971; FL Bar No. 1036084)
Keith A. Vogt PLLC
1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

[signature]

(By) DEPUTY CLERK

Date: January 26, 2026

# 证明书
CERTIFICATE
*ATTESTATION*
СВИДЕТЕЛЬСТВО

2573CNS20260505

**根据公约第六条，签署本证明书的机关荣幸地证明**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Нижеподписавшийся орган имеет честь удостоверить, в соответствии со статьёй 6 Конвенции,

☑ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*
что документ был вручен*

| | |
|---|---|
| **– 日期:** *the (date) / le (date) / дата :* | 5.Aug,2026 |
| **– 地点（城镇、街、号）：** *at (place, street, number) / à (localité, rue, numéro) / в (место, улица, номер) :* | Rm. 1607, Building A, No. 4128 Dongchenghuan Road, Pinghuan Community, Pingshan District, Shenzhen,Guangdong,China |

**– 采用的第五条所规定的送达方法为:**
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*
*одним из следующих способов, допускаемых статьёй 5:*

| | |
|---|---|
| ☑ | ***a)* 依公约第五条第一款第（一）项的规定。*** *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** *selon les formes légales (article 5, alinéa premier, lettre a)** *в соответствии с положениями подпункта a) пункта 1 статьи 5 Конвенции** |
| ☐ | ***b)* 依下述特定方法*** *in accordance with the following particular method*:* *selon la forme particulière suivante** *в соответствии со следующим особым способом** |
| ☐ | ***c)* 交付给自愿接受的收件人。*** *by delivery to the addressee, if he accepts it voluntarily** *par remise simple** *путём вручения адресату, если он добровольно примет документ** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :
Указанные в запросе документы были переданы:

| | |
|---|---|
| **收件人身份和说明:** Identity and description of person: Identité et qualité de la personne : Личность и описание лица: | With a seal of the company |
| **与受送达人的关系（家庭、业务及其他）：** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : Отношение к адресату (семейное, деловое или иное): | |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*
что документ не был вручен по следующим причинам*:

| |
|---|
| |

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*
В соответствии с пунктом 2 статьи 12 Конвенции заявителю предлагается оплатить или возместить расходы, указанные в прилагаемом расчёте*.

**附：**
Annexes / Annexes / Приложения

| | |
|---|---|
| **退还的文书:** Documents returned: *Pièces renvoyées :* Возвращаемые документы: | |
| **适当时，确认送达的文书：** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* В надлежащих случаях — документы, подтверждающие вручение: | |

***适当时**
*if appropriate / s'il y a lieu / если применимо / в надлежащих случаях*

| | |
|---|---|
| **制于（地点）**<br>*Done at / Fait à / Составлено в*<br>北京<br>Beijing<br>**日期**<br>*the / le / дата*<br>2026.08.24 | **签名和（或）盖章**<br>*Signature and/or stamp / Signature et / ou cachet / Подпись и/или печать*<br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

№: 0044903

# 广东省深圳市坪山区人民法院
# 送达回证

(2026)最高法协外送1402号
(2026)粤协外送294号

案号:(2026)粤0310协外送20号

| 收件人 | Veelam 深圳市安优信息技术有限公司. (Veelam Shenzhen Anyou Information Technology Co., Ltd.) | 案由 | 知识产权权属、侵权纠纷案 |
|---|---|---|---|
| 送达地址 | 深圳市坪山区坪环社区东城环路4128号A栋1607室. 518118. | 送达方式 | 直接 |

| 送达文书名称 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| 1. 1-S-Summons in a Civil Action (AO 440) reissued to Defendant Veelam; | | [illegible signature] | 年 月 日 时 | | 2026年5月27日，按地址 |
| 2. 4-S-Notification of Affiliates Disclosure Statement (Dkt. No. 4); | | | 年 月 日 时 | | 上门空间无人，询问物业称已搬走，电 |
| 3. 3-S-Civil Cover Sheet (Dkt. No. 3); | | | 年 月 日 时 | | 联该公司法人电话称 |
| 4. 5-S-Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and or Electronic Publication (Dkt. No. 15); | | 林祖贤 | 年 月 日 时 | | 晚点，来签收，7月7日上门也未来签收，后约定7月13日来签收 |
| 5. 6-S-Notice_Warning and Summary of the Document to Be Served (Article 5, fourth paragraph); (以上文书均附译文). | | | 年 月 日 时 | | 又不来，一直拖着不肯来签收， |
| 备注 | | | | | |

注：①送达民事诉讼文书按照《中华人民共和国民事诉讼法》第八十四条、第八十五条、第八十六条的规定办理。

②代收诉讼文书的，由代收人签名或者盖章后，还应注明其与受送达人的关系及代收理由。

№： 0044904

# 广东省深圳市坪山区人民法院
# 送达回证

（2026）最高法司协外送1402号
（2026）粤协外送294号

案号：（ 2026 ）粤 0310 协外送 20 号

| | | | |
|---|---|---|---|
| 收件人 | Veelam 深圳市安优信息技术有限公司.（Veelam Shenzhen Anyou Information Technology Co., Ltd.） | 案由 | 知识产权权属、侵权纠纷案 |
| 送达地址 | 深圳市坪山区坪环社区东城环路4128号A栋1607室. 518118. | 送达方式 | 直接 |

| 送达文书名称 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| 6.7-S-Signed Hague application; 7.2-S-Complaint (Dkt. No. 1), with Schedule A (Dkt. No. 2); 8.1-T-Summons in a Civil Action (AO 440), reissued to Defendant Veelam; 9.2-T-Complaint (Dkt. No. 1), with Schedule A (Dkt. No. 2); 10.3-T-Civil Cover Sheet (Dkt. No. 3); 11.4-T-Notification of Affiliates Disclosure Statement (Dkt. No. 4); 12.5-T-Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication (Dkt. No. 15); 13.6-T-Notice, Warning and Summary | | 付培培 林昶贤 | 年 月 日 时 | | 2026年6月27日，按地址上门空间无人，询问物业称已搬走，电联店上的法人电话称，晚点，时间签收，7月7日上门联系也没来签收，后约定7月13日来签又不来，一直拖着不肯来签收. |
| 备注 | of the Document to Be Served (Article 5, fourth paragraph); 14.7-T-Signed Hague application.（以上文书有中文译本） | | | | |

注：①送达民事诉讼文书按照《中华人民共和国民事诉讼法》第八十四条、第八十五条、第八十六条的规定办理。

②代收诉讼文书的，由代收人签名或者盖章后，还应注明其与受送达人的关系及代收理由。


比亚迪路4128号
A栋
SHENZHEN


16
深圳市快聘通科技有限公司
广东百盈律师事务所
Guangdong Baiying law firm
A-1603
A-1609 深圳市耀星智联科技有限公司
多来咪童声学院坪山分院 A-1604-05
深圳本色故事电子商务有限公司
SHENZHENBENSEGUSHIDIANZISHANGWUYOUXIANGONGSI
16F-A-1601
深圳市鸿盛建设工程有限公司
A-1608
XINGFENG 兴丰塑胶
A-1606
深圳市兴丰塑胶有限公司
Shenzhen XingFeng Plastic Co.,Ltd.


1607
安优信息技术有限公司
社区网格化　平安千万家
（房屋二维码）
房屋地址：东城环路4128号A栋1607
房屋编码：4403070090071900146000175


1607


1607
安优信息技术有限公司
Case: 1:26-cv-00601 Document #: 17 Filed: 01/26/26 Page 1 of 2 PageID #:230
UNITED STATES DISTRICT COURT
for the
Northern District of Illinois
JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART-ARTWORK
№: 0044903
送达回证
收件人
送达地址
送达文书名称
签发人
送达人
收到日期
收件人签名或盖章
不能送达理由
送达方式
备注


办公室翻新中，有事电联：梁先生 13714119167
Office Renovation in Progress.
Contact: Mr. Liang +86 13714119167
深圳市安优信息技术有限公司
Shenzhen Anyou Information Co., Ltd


1607


招租

99% 5:29

企业 动态 企查查

安优信息

# 深圳市安优信息技术有限公司

91440300MA5GRE6Q71 发票抬头

640 企查分

255 存续 小微企业

| 法定代表人 | 注册资本 | 成立日期 |
|---|---|---|
| 梁飞龙 | 2万元 | 2021-05-13 |
| 企查查行业 | 规模 | 员工 2025年 |
| 服装批发 | 微型 XS | 2人 |

13714119167 邮箱

深圳市坪山区马峦街道坪环社区东城环路4128号A栋1607

股东 2

梁飞龙 大股东
持股比例 95.00%
关联企业 1 家

刘文良
持股比例 5.00%
关联企业 1 家

人员 2

梁飞龙
执行董事,总经理
关联企业 1 家

刘文良
监事
关联企业 1 家

风险扫描

自身风险 0 关联风险 0 历史信息 0 提示信息 0

基于企查查收录的公开数据，暂未发现该企业有风险信息

动态

2024-04-24
商标注册申请

常用服

3

首页 报告 HOT 笔记 关注


比亚迪路4128号
A栋
SHENZHEN


16
深圳市快聘通科技有限公司
广东百盈律师事务所
Guangdong Baiying law firm
A-1603
A-1609 深圳市耀星智联科技有限公司
多来咪童声学院坪山分院
A-1604-05
深圳本色故事电子商务有限公司
SHENZHENBENSEGUSHIDIANZISHANGWUYOUXIANGONGSI
16F-A-1601
深圳市鸿盛建设工程有限公司
A-1608
XINGFENG
兴丰塑胶
A-1606
深圳市兴丰塑胶有限公司
Shenzhen XingFeng Plastic Co.,Ltd.


1607
安优信息技术有限公司
社区网格化 平安千万家
房屋编码：4403070090071900146000175


1607


1607
安优信息技术有限公司
UNITED STATES DISTRICT COURT
№: 0044903


办公室翻新中，有事电联：梁先生 13714119167
Office Renovation in Progress.
Contact: Mr. Liang +86 13714119167
深圳市安优信息技术有限公司
Shenzhen Anyou Information Co., Ltd


1607


招租

99% 5:29

企业 动态 企查查

# 深圳市安优信息技术有限公司

安优信息

91440300MA5GRE6Q71 发票抬头

640 企查分

255

存续 小微企业

| 法定代表人 | 注册资本 | 成立日期 |
| --- | --- | --- |
| 梁飞龙 | 2万元 | 2021-05-13 |
| 企查查行业 | 规模 | 员工 2025年 |
| 服装批发 | 微型 XS | 2人 |

13714119167 邮箱

深圳市坪山区马峦街道坪环社区东城环路4128号A栋1607

股东 2

梁 梁飞龙 大股东
持股比例 95.00%
关联企业 1 家

刘 刘文良
持股比例 5.00%
关联企业 1 家

人员 2

梁 梁飞龙
执行董事,总经理
关联企业 1 家

刘 刘文良
监事
关联企业 1 家

风险扫描

自身风险 0 关联风险 0 历史信息 0 提示信息 0

基于企查查收录的公开数据，暂未发现该企业有风险信息

动态

2024-04-24
商标注册申请

常用服

3

首页 报告 HOT 笔记 关注