**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-00601

Judge Matthew F. Kennelly

Magistrate Judge Gabriel A. Fuentes

**JOINT STATUS REPORT**

Pursuant to Minute Entry [39], Plaintiff JANTZ & JANTZ GbR and Defendant No. 80 Veelam ("Defendant") respectfully submit this Joint Status Report regarding service of process.

Plaintiff filed a return of service [42] stating that service on Defendant was effected under the Hague Convention on August 5, 2026. Based on the August 5 service date, Defendant's response was due August 26, 2026. On August 27, 2026, Defendant requested a 21-day extension through September 16, 2026, and Plaintiff agreed not to oppose the request. Defendant will promptly file the extension request. The parties are discussing settlement. Plaintiff requests referral to the magistrate judge; Defendant does not believe a referral is necessary at this time.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

/s/ Benjamin Solter
*/s/ Benjamin Solter*
Benjamin Solter (CA Bar No. 269388)
Cross-Border Counselor LLP
7755 Center Avenue, Ste. 1100
Huntington Beach, CA 92647
781-752-6369
E-mail: bsolter@solteriplaw.com
***ATTORNEY FOR DEFENDANT***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt