IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 1:26-cv-00601

Judge Matthew F. Kennelly

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT NO. 80 VEELAM (UNOPPOSED) AND REQUEST FOR LIMITED TRANSITION RELIEF (OPPOSED)**

Benjamin Solter of Cross-Border Counselor LLP moves under Local Rule 83.17 for leave to withdraw as counsel for Defendant No. 80 Veelam ("Defendant") and for limited transition relief:

(a) Counsel is the only attorney appearing for Defendant. ECF No. 19. Defendant's Answer was filed on September 16, 2026. ECF Nos. 44, 45. The Court has set a telephonic status hearing for September 21, 2026, at 9:00 a.m. to discuss scheduling. ECF Nos. 39, 44.

(b) Defendant has discharged counsel and expressly instructed counsel to withdraw. Counsel seeks leave promptly to implement that instruction. Plaintiff does not oppose withdrawal. Local Rule 83.50, requires withdrawal upon discharge, subject to court approval under Rule 1.16(c) and Local Rule 83.17.

(c) Counsel requests Defendant be given twenty-one days after entry of the withdrawal order for substitute counsel to appear. Defendant's corporate operator, Shenzhen Anyou Information Technology Co., Ltd., must obtain licensed counsel to continue defending this action. ECF No. 45 at 1.

(d) During that period, counsel requests deferral of discovery scheduling and a stay of merits discovery and Rule 26(a)(1) disclosures between Plaintiff and Defendant, with affected deadlines reset. Plaintiff opposes further extensions or a discovery and disclosure stay, asserting prejudice.

(e) Counsel will provide Defendant this motion and the ruling, communicate applicable deadlines, cooperate in transferring the file, and take reasonable protective steps under Rule 1.16(d). The Notification of Party Contact Information required by Local Rule 83.17 is attached.

WHEREFORE, Benjamin Solter and Cross-Border Counselor LLP request leave to withdraw as counsel for Defendant No. 80 Veelam independently of the opposed transition request, termination of counsel's appearance, the transition relief described above, and a further status hearing.

Dated: September 18, 2026

Respectfully submitted,
/s/ Benjamin Solter
Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Telephone No.: (781) 752-6369
Counsel for Defendant No. 80 Veelam

**CERTIFICATE OF SERVICE**

I certify that the foregoing motion and request for limited transition relief, together with the Notification of Party Contact Information, were served on counsel of record through the Court's CM/ECF system upon filing. I further certify that the same documents were provided directly to Defendant at the email address flow086@126.com.

/s/ Benjamin Solter
Benjamin Solter