xx/xx/2024

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:26-cv-00601

**Case Title**: Jantz & Jantz GbR v. The Partnerships and Unincorporated Associations Identified on Schedule A

**Judge**: Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

Benjamin Solter, Cross-Border Counselor LLP

**Name of Client**: Veelam (Defendant No. 80), operated by Shenzhen Anyou Information Technology Co., Ltd. Attn: Liang Feilong, Owner

**Mailing address of Client**: Room 1607, Building A, No. 4128 Dongchenghuan Road, Pinghuan Community, Maluan Subdistrict, Pingshan District

**City:** Shenzhen **State:** Guangdong Province, China

**Zip:** 518118 **Telephone Number:** +86 13714119167

Email address of Client: flow086@126.com

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Benjamin Solter

**Date:** September 18, 2026