**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jantz & Jantz GbR

Plaintiff,

v.

Case No.: 1:26−cv−00601
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Consistent with the Court's order dated 9/21/2026 (dkt. 48), and because defendant Veelam has not filed an appearance by substitute counsel, Veelam's answer to plaintiff's complaint is stricken, and Veelam is hereby held in default. The telephonic status hearing set for 10/26/2026 is vacated and reset to 11/12/2026 at 9:00 AM, using call−in number 650−479−3207, access code 2305−915−8729. Plaintiff's motion for default judgment is to be filed by 11/5/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.