**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-00601

Judge Matthew F. Kennelly

Magistrate Judge Gabriel A. Fuentes

**DECLARATION OF KEITH A. VOGT**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defendant (as defined in the accompanying Memorandum) has failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defendant, including attempting to identify the Defendant's contact information. Our investigation confirmed that the Defendant is domiciled in Asia. As such, I am informed and believe that the Defendant is not an active-duty member of the U.S. armed forces.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 27, 2026

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*