AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>26cv601 | DATE FILED<br>1/20/2026 | Northern District Eastern Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Jantz & Jantz GbR | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | A. Ellis | 11/2/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-928**

**Effective Date of Registration:**
April 19, 2024

**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Sparkling Gold Brown Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 07, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-178**
**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Blush Glitter Glam Stripes #3

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 31, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** July 02, 2025

Case: 1:26-cv-00601 Document #: 1-1 Filed: 01/02/26 Page 5 of 11 PageID #:14



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-841**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Liquid Marble Agate Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 18, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Author Created:** 2-D artwork
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-404-323**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** Sparkling UNICORN Girls Glitter Heart #1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 20, 2018
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-848**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Yin Yang Agate Glitter Glam #8

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 22, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

